360 A.2d 633

COMMONWEALTH

v.

MOHSENIAN, Appellant.

Submitted March 22, 1976. Marc D. Jonas, and Gerber, Maerz & Wilenzik, for appellant; Eric J. Cox, Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., dissents.